**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
4/13/18 8:51 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
BROOK W LIVINGSTONE

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Repondents.

Case No.:12-24600

Chapter 13

Related to Dkt. No. 93

## ORDER OF COURT

AND NOW, this __13th__ day of __April__, 20__18__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

Prepared by:   Ronda J. Winnecour, Esq.

**DEFAULT ENTRY**

Dated: April 13, 2018

_____
Gregory L. Taddonio                    jah
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 12-24600-GLT
Brook W Livingstone                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: amaz              Page 1 of 1              Date Rcvd: Apr 13, 2018
                              Form ID: pdf900         Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2018.
```
db          +Brook W Livingstone,    111 Galla Street,    Belle Vernon, PA 15012-2409
cr          +HSBC Finance Corporation,    P. O. Box 829009,    Dallas, TX 75382-9009
13476603    +Allegheny Radiology Associates,    4800 Friendship Avenue,    Pittsburgh, PA 15224-1722
13475928    +Beneficial Consumer Discount Co,    2929 Walden Ave,    Depew, NY 14043-2602
13476605   ++COLLECTION SERVICE CENTER INC,    363 VANADIUM ROAD,    STE 109,    PITTSBURGH PA 15243-1477
             (address filed with court: Collection Service Center,     P.O. Box 14931,
               Pittsburgh, PA  15234-0000)
13476607    +Dental Collection Firm,    1827 Golden Mile HWY,    Ste. B,    Pittsburgh, PA 15239-2827
13476608     Dr. Durwin Gates,    956 Rostraver Road,    Belle Vernon, PA  15012
13468081    +Fayette Co. Tax Claim Bureau,    61 East Main Street,    Uniontown, PA 15401-3514
13476609    +Fayette County Tax Claim Bureau,    61 East Main Street,    Uniontown, PA 15401-3514
13476610    +First Federal Credit Control,    24700 Chagrin Blvd, Ste. 205,    Cleveland, OH 44122-5662
13476611    +Nirav A. Shah, MD,    11624 Keleket Drive,    Pittsburgh, PA 15235-3327
13476612    +Pathology Associates,    1401 Forbest Avenue, # 4,    Pittsburgh, PA 15219-5100
13476613    +Transcare Ambulance PA,    400 Seco Road,    Monroeville, PA 15146-1424
14306734    +U.S. Bank National Association, as inde,    Serviced by Select Portfolio Servicing,,
              3815 South West Temple,    Salt Lake City, UT 84115-4412
13476614     WPAHS-ASPN,    490 E. North Avenue,    Ste. 307,    Pittsburgh, PA  15212-4740
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13476606      +E-mail/Text: abovay@creditmanagementcompany.com Apr 14 2018 01:50:13      Credit Management Co,
               2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
                                                                                             TOTAL: 1
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr              U.S. Bank National Association, as indenture trust
13476604*      +Beneficial Consumer Discount Company,    2929 Walden Avenue,    Depew, NY 14043-2602
cr            ##+SELECT PORTFOLIO SERVICING, INC,    3815 South West Temple,    Salt Lake City, UT 84115-4412
13516795      ##+HSBC Finance Corporation,    26525 N. Riverwoods Blvd,    Mettawa, IL 60045-3439
                                                                                        TOTALS: 1, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 13, 2018 at the address(es) listed below:
```
              Hilary B. Bonial     on behalf of Creditor    HSBC Finance Corporation hbonial@bonialpc.com
              James Warmbrodt     on behalf of Creditor    U.S. Bank National Association, as indenture trustee,
               for the CIM Trust 2016-1, Mortgage-Backed Notes, Series 2016-1 bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Thomas P. Agrafiotis    on behalf of Debtor Brook W Livingstone tpagrafiotislaw@comcast.net
                                                                                             TOTAL: 5
```